

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00507-CV

_____

IN RE AURORA RICO FLORES, Relator

---

Original Proceeding
County Court at Law No. 3 of Tarrant County, Texas
Trial Court No. 2022-001747-3

---

Before Walker, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: December 22, 2022

2